**Order entered October 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00530-CR
No. 05-19-00531-CR
No. 05-19-00532-CR

**DAVID EARL SPILLMAN, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause Nos. 31765, 31766, 31767**

## ORDER

Before the Court are appellant's September 30, 2019 second motions to extend the time to file appellant's brief. We **GRANT** the motions and **ORDER** appellant's brief filed on or before October 21, 2019. If appellant's brief is not filed by October 21, 2019, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CORY L. CARLYLE
        JUSTICE